UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-54368-LRC |
| | CHAPTER 13 |
| DANA MORRELL HARRIS-ABRAHAM | |
| | JUDGE LISA RITCHEY CRAIG |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Melissa J. Davey files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** INA GROUP, LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6-2 | | $4,796.59 | $4,796.59 | $4,796.59 |
| Total Amount Paid by Trustee | | | | $4,796.59 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*

CASE NO. 15-54368-LRC

# CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing Notice of Final Cure Payment using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Virginia B. Bogue    vbogue@hwkllp.com
Craig Andrew Edelman    craig.edelman@bonialpc.com
Sheila M. Govan    govan1@bellsouth.net,
govan.crystal@gmail.com;govan_govan@bellsouth.net;GovanSR93575@notify.bestcase.com
A. Michelle Hart Ippoliti    Michelle.ippoliti@mccalla.com,
bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com
Brian K. Jordan    ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com

    I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DANA MORRELL HARRIS-ABRAHAM
1739 S. HIDDEN HILLS PARKWAY
STONE MOUNTAIN, GA  30088

INA GROUP, LLC
6333 APPLES WAY
SUITE 115
LINCOLN, NE  68516


Filed Date:  May 04, 2020

/s/ Melissa J. Davey
Melissa J. Davey
GA Bar No. 206310
Chapter 13 Trustee
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
Telephone:  678-510-1444
Facsimile:   678-510-1450